**Order filed September 24, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00908-CV
_____

**TLIG RESTURANTS, LLC, D/B/A JACK IN THE BOX, Appellant**

**V.**

**DEBRA PENN, Appellee**

---

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2016-76128**

---

## O R D E R

Appellant's brief was due September 18, 2020. No brief or motion to extend time has been filed. If appellant does not file a brief with this court on or before **October 19, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Zimmerer.